1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8 | AARON WOLFE LEVY,

9 |                    Plaintiff,

Case No. C24-1974-JCC

10 |         v.

ORDER

11 | OCCUPATIONAL SAFETY AND
HEALTH ADMINISTRATION, et al.,

12 |

13 |                    Defendants.

14

15

16

17

18

     Because plaintiff does not appear to have funds available to afford the $405.00 filing fee,

Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).

Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  The Clerk of the Court is directed to

send a copy of this Order to Plaintiff and to the assigned District Judge.

     Dated this 3rd day of December, 2024.

19

20

21

_____
S. KATE VAUGHAN
United States Magistrate Judge

22

23

ORDER - 1