THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON WOLFE LEVY, | CASE NO. C24-1974-JCC |
| Plaintiff, | ORDER |
| v. | |
| OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, *et al.*, | |
| Defendants. | |

This matter comes before the Court *sua sponte*. In an order to show cause (Dkt. No. 11), the Court described the pleading infirmities in Plaintiff's complaint and granted Plaintiff leave to file an amended complaint within 30 days to cure the infirmities. (*Id.* at 2.) The Court further indicated that if Plaintiff failed to file an amended complaint, the Court would dismiss Plaintiff's case as lacking a valid cause of action. (*Id.*) Plaintiff has not filed an amended complaint within the allotted time period.

Accordingly, and under 28 U.S.C. § 1915(e)(2), Plaintiff's complaint (Dkt. No. 6) is DISMISSED without prejudice. The motions to appoint counsel (Dkt. No. 7) and for service (Dkt. No. 8) are DENIED as moot. The Clerk is DIRECTED to mail a copy of this order to Plaintiff.

//

ORDER
C24-1974-JCC
PAGE - 1

1 | DATED this 24th day of February 2025.

*[Signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C24-1974-JCC
PAGE - 2